| Company Name | George Walton Academy, Inc. | | | | | | | | Processed By: ExcelPay Business Solutions, LLC | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Vickie E. Rollins | | | | | | | | State for UCI | GA |
| Company No. | 8112 | Payroll No. | 86 | Pay Frequency | Monthly | | Tax Status | Deps | Xtr Fxd Flat | Xtr % |
| Employee No. | 262 | Division No. | 0 | Start Date | 08/01/2012 | Federal | Married | 0 | | |
| SSN No. | | Home Dept No. | 5000 | End Date | 08/31/2012 | GA | Married 2 Work | 0 | | |
| Check No. | 2010594 | Net Pay | $1,429.07 | Check Date | 08/31/2012 | (B) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | | Bals | | | |
| DD #1 | Checking | 12918 | 8802 | $1,429.07 | | DD #3 | | | | |
| DD #2 | | | | | | DD #4 | | | | |
| DD Take-over Ch't | | | | | | | | | | |

Memos: Please verify your name matches your SS Card, address and tax status are current.

| | Current Earnings | | | | Year-to-Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 5000 | 0-Regular Pay | | | 2,401.75 | 0-Regular Pay | | 19,214.08 | Federal WH | 110.96 | 1,009.16 | 1-403(b) Group | 20.00 | 250.72 |
| | | | | | | | | OASDI | 79.99 | 884.42 | 40-Health Ins | 134.17 | 2,155.78 |
| | | | | | | | | Medicare | 27.82 | 236.29 | 45-Dental Ins | 42.56 | 360.32 |
| | | | | | | | | GA State WH | 88.75 | 773.45 | 60-Life Ins | 38.85 | 808.00 |
| | | | | | | | | | | | 62-Health Club | 10.00 | 50.00 |
| | | | | | | | | | | | M-403(b) Match | 120.00 | 950.72 |
| | Employee Totals | | | 2,401.75 | Total YTD | | 19,214.08 | | 307.52 | | | 765.40 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**George Walton Academy, Inc.**
1 Bulldog Drive
Monroe, GA 30655

Check Date: 08/31/2012
Reference No.: 2010594

Payee: Vickie E. Rollins                                                        $1,429.07

## Direct Deposit Voucher

*Non-Negotiable*                                                      *Non-Negotiable*

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

*Non-Negotiable*

THEN FOLD AND TEAR
REMOVE SI

| Company Name: | George Walton Academy, Inc. | | | | | | Processed By Excel Pay Business Solutions, LLC | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | Vickie E. Rollins | | | | | | | | State: GA | |
| Company No. | 6105 | Payroll No. | 87 | Pay Frequency | Monthly | | Tax Status | Deps | XM Txbl Fed | XM Txbl St |
| Employee No. | 252 | Division No. | 0 | Start Date | 09/01/2012 | Federal | Married | 0 | | |
| SSN No. | | Home Dept. No. | 5600 | End Date | 09/30/2012 | (W) GA | Married - 2 Work | 0 | | |
| Check No. | 2010731 | Net Pay | $1,482.63 | Check Date | 09/28/2012 | (R) | | | | |
| Std Hours | | Vacation Hours | | Personal Hours | | (B) | | | | |
| DD #1 | Checking | 2848 | 3602 | $1,482.63 | DD #3 | | | | | |
| DD #2 | | | | | DD #4 | | | | | |
| DD Leftover Chk | | | | | | | | | | |
| Memo: | Please verify your name matches your SS Card, address and tax status are current. | | | | | | | | | |

| | Current Earnings | | | Year-to-Date Earnings | | | Taxes | | | Deductions/Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payee | Pay Desc | Rate | Hours | Cur Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Cur Amt | YTD Amt | Ded Desc | Cur Amt | YTD Amt |
| 5600 | 0-Regular Pay | | | 2,174.00 | 0-Regular Pay | | 21,688.08 | Federal WH | 117.83 | 1,126.99 | 0-403(b) Group | 103.70 | 1,084.40 |
| | | | | | | | | OASDI | 83.03 | 767.45 | 40-Health Ins | 45.44 | 799.45 |
| | | | | | | | | Medicare | 28.07 | 264.96 | 45-Dental Ins | 76.26 | 422.88 |
| | | | | | | | | GA-State WH | 92.86 | 860.53 | 60-Life Ins | 38.25 | 344.95 |
| | | | | | | | | | | | 62-Health Club | 0.00 | 90.00 |
| | | | | | | | | | | | M1-403(b) Matc | 43.70 | 1,084.40 |

| | Employee Totals | | | 2,174.00 | Total YTD: | | 21,688.08 | | 321.79 | | | 727.58 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**George Walton Academy, Inc.**
Bulldog Drive
Monroe, GA 30655

Check Date: 09/28/2012    Reference No. 2010731

Payee:    Vickie E. Rollins    $    $1,482.63

**Direct Deposit Voucher**

*Non-Negotiable*    *Non-Negotiable*

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

*Non-Negotiable*

**Earnings Statement**                                                                 CLIFFORD H ROLLINS

Period Ending: 09/03/2012    Company: 07894 - SIMPSON TRUCKING & GRADING INC
Pay Date: 09/07/2012    Emp #: CHR1    Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 5.00 | 90.00 | 4,765.50 | |
| | Bonus | | | 597.60 | 597.60 | |
| | **Gross Pay** | | 5.00 | 687.60 | 5,363.10 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 52.08 | 398.57 | |
| | Medicare | | | 9.97 | 77.77 | |
| | Social Security | | | 28.88 | 225.25 | |
| (T/1) | Georgia State W/H | | | 33.91 | 262.99 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | **Net Pay** | | | 562.76 | 4,398.52 | Voucher No.: 3531850 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 562.76 | 4,398.52 | A/C:6636 |

PAYCOM:M18:14

---

SIMPSON TRUCKING & GRADING INC                                 39-1/1030 OK          3531850
1364 CANDLER RD
GAINESVILLE, GA  30507                    Bank of America
                                          Oklahoma City, OK
Dept: 300                                                      DATE 09/07/2012

Deposit Five Hundred Sixty Two And 76/100 Dollars                               $562.76

To the
order
of:    CLIFFORD H ROLLINS                                       Direct Deposit Voucher
       2448 BEAR CREEK RD
       STATHAM, GA  30666                                       NON-NEGOTIABLE

*This is not a check* (paycom)

**Earnings Statement**                                                                                      **CLIFFORD H ROLLINS**

Period Ending: 08/27/2012     Company: 07894 - SIMPSON TRUCKING & GRADING INC
Pay Date: 08/31/2012          Emp #: CHR1     Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 40.00 | 720.00 | 4,675.50 | |
| | **Gross Pay** | | 40.00 | 720.00 | 4,675.50 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 56.94 | 346.49 | |
| | Medicare | | | 10.44 | 67.80 | |
| | Social Security | | | 30.24 | 196.37 | |
| (T/1) | Georgia State W/H | | | 35.85 | 229.08 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | **Net Pay** | | | 586.53 | 3,835.76 | Voucher No.: 3403796 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 586.53 | 3,835.76 | A/C:6636 |

PAYCOM:M17:14

---

39-1/1030 OK    3403796

SIMPSON TRUCKING & GRADING INC
1364 CANDLER RD
GAINESVILLE, GA  30507

Bank of America
Oklahoma City, OK

**This is not a check** (paycom)

Dept: 300                                          DATE: 08/31/2012

**This is not a check**                            $586.53

Deposit **Five Hundred Eighty Six And 53/100 Dollars**

**This is not a check**

To the
order
of:    CLIFFORD H ROLLINS
       2448 BEAR CREEK RD                          **Direct Deposit Voucher**
       STATHAM, GA  30666                          **NON-NEGOTIABLE**

MP

# Earnings Statement

**CLIFFORD H ROLLINS**

Period Ending: 08/20/2012  Company: 07894 - SIMPSON TRUCKING & GRADING INC
Pay Date: 08/24/2012  Emp #: CHR1  Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 40.00 | 720.00 | 3,955.50 | |
| | **Gross Pay** | | 40.00 | 720.00 | 3,955.50 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 56.94 | 289.55 | |
| | Medicare | | | 10.44 | 57.36 | |
| | Social Security | | | 30.24 | 166.13 | |
| (T/1) | Georgia State W/H | | | 35.85 | 193.23 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | **Net Pay** | | | 586.53 | 3,249.23 | Voucher No.: 3280251 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 586.53 | 3,249.23 A/C:6636 | |

PAYCOM0:M19:13

---

SIMPSON TRUCKING & GRADING INC
1364 CANDLER RD
GAINESVILLE, GA  30507

Bank of America
Oklahoma City, OK

39-1/1030 OK    3280251

Dept: 300    DATE: 08/24/2012

**This is not a check**    $586.53

Deposit  Five Hundred Eighty Six And 53/100  Dollars

**This is not a check**

To the
order
of:    CLIFFORD H ROLLINS
2448 BEAR CREEK RD
STATHAM, GA  30666

Direct Deposit Voucher
**NON-NEGOTIABLE**

MP

**Earnings Statement**  CLIFFORD H ROLLINS

Period Ending: 08/13/2012      Company: 07894 - SIMPSON TRUCKING & GRADING INC

Pay Date: 08/17/2012      Emp #: CHR1      Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 30.25 | 544.50 | 3,235.50 | |
| | **Gross Pay** | | 30.25 | 544.50 | 3,235.50 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 31.57 | 232.61 | |
| | Medicare | | | 7.90 | 46.92 | |
| | Social Security | | | 22.87 | 135.89 | |
| (T/1) | Georgia State W/H | | | 25.32 | 157.38 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | **Net Pay** | | | 456.84 | 2,662.70 | Voucher No.: 3162707 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 456.84 | 2,662.70 | A/C:6636 |

PAYCOM 54:M18:13

---

39-1/1030 OK    3162707

SIMPSON TRUCKING & GRADING INC
1364 CANDLER RD
GAINESVILLE, GA   30507

Bank of America
Oklahoma City, OK

Dept. 300

**This is not a check** (paycom)

DATE: 08/17/2012

**This is not a check**    $456.84

Deposit Four Hundred Fifty Six And 84/100 Dollars

**This is not a check**

To the order of:    CLIFFORD H ROLLINS
2448 BEAR CREEK RD
STATHAM, GA   30666

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

MP

**Earnings Statement**  CLIFFORD H ROLLINS

Period Ending: 08/06/2012   Company: 07894 - SIMPSON TRUCKING & GRADING INC

Pay Date: 08/10/2012   Emp #: CHR1   Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 40.00 | 720.00 | 2,691.00 | |
| | **Gross Pay** | | 40.00 | 720.00 | 2,691.00 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 56.94 | 201.04 | |
| | Medicare | | | 10.44 | 39.02 | |
| | Social Security | | | 30.24 | 113.02 | |
| (T/1) | Georgia State W/H | | | 35.85 | 132.06 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | **Net Pay** | | | 586.53 | 2,205.86 | Voucher No.: 3014650 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 586.53 | 2,205.86 A/C:6636 | |

PAYCOM2:M19:12

---

39.1/1030 OK    3014650

SIMPSON TRUCKING & GRADING INC
1364 CANDLER RD
GAINESVILLE, GA  30507

Bank of America
Oklahoma City, OK

**This is not a check** 

Dept: 300    DATE: 08/10/2012

**This is not a check**    $586.53

Deposit **Five Hundred Eighty Six And 53/100** Dollars

**This is not a check**

To the order of:  CLIFFORD H ROLLINS
2448 BEAR CREEK RD
STATHAM, GA  30666

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

MP

# Earnings Statement

CLIFFORD H ROLLINS

Period Ending: 07/30/2012    Company: 07894 - SIMPSON TRUCKING & GRADING INC
Pay Date: 08/03/2012    Emp #: CHR1    Dept: 300 - Grading

| Earnings | | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|---|
| | Regular | 18.00 | 40.00 | 720.00 | 1,971.00 | |
| | Gross Pay | | 40.00 | 720.00 | 1,971.00 | |
| **W/H Taxes** | | | | | | |
| (M/1) | Federal W/H | | | 56.94 | 144.10 | |
| | Medicare | | | 10.44 | 28.58 | |
| | Social Security | | | 30.24 | 82.78 | |
| (T/1) | Georgia State W/H | | | 35.85 | 96.21 | |
| **Deductions** | | | | | | |
| | None | | | 0.00 | 0.00 | |
| | Net Pay | | | 586.53 | 1,619.33 | Voucher No.: 2921548 |
| **Net Pay Distribution** | | | | | | |
| | Direct Deposit Net Check | | | 586.53 | 1,619.33 | A/C:6636 |

PAYCOM 6:M17:15

---

SIMPSON TRUCKING & GRADING INC
1364 CANDLER RD
GAINESVILLE, GA  30507

Dept: 300

Bank of America
Oklahoma City, OK

39-1/1030 OK    2921548

This is not a check (paycom)

DATE: 08/03/2012

This is not a check    $586.53

Deposit **Five Hundred Eighty Six And 53/100 Dollars**

To the order of:
CLIFFORD H ROLLINS
2418 BEAR CREEK RD
STATHAM, GA  30666

This is not a check

**Direct Deposit Voucher**
**NON-NEGOTIABLE**